

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 10-80252-CV-Ryskamp/Vitunac

ADELE FOX, individually and
on behalf of a class of similarly situated,

      Plaintiffs,

v.

BARBARA PICOWER, individually, and as
Executor of the Estate of Jeffry M. Picower,
and as Trustee for the Picower Foundation
and for the Trust f/b/o Gabriel H. Picower;
CAPITAL GROWTH COMPANY;
DECISIONS, INC.;
FAVORITE FUNDS;
JA PRIMARY LIMITED PARTNERSHIP;
JA SPECIAL LIMITED PARTNERSHIP;
JAB PARTNERSHIP;
JEMW PARTNERSHIP;
JF PARTNERSHIP;
JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP;
JMP LIMITED PARTNERSHIP;
JEFFRY M. PICOWER SPECIAL COMPANY;
JEFFRY M. PICOWER, P.C.;
THE PICOWER FOUNDATION;
THE PICOWER INSTITUTE OF MEDICAL RESEARCH;
THE TRUST F/B/O GABRIELLE H. PICOWER.
                                                   /



**MOTION FOR LIMITED APPEARANCE, CONSENT TO
DESIGNATION AND REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILINGS**

      In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Helen D. Chaitman, of the law firm of Becker & Poliakoff LLP, 45 Broadway, New York, New York 10006, (212) 559-3322 for purposes of

limited appearance as co-counsel on behalf of Adele Fox in the above-styled case, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Helen D. Chaitman to receive electronic filings in this case, and in support thereof states as follows:

1. Helen D. Chaitman is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of New York and New Jersey and of the United States District Courts for the New York and New Jersey.

2. Movant, Joseph G. Galardi, of the law firm of Beasley, Hauser, Kramer, Leonard & Galardi, PA, telephone (561) 835-0900, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Helen D. Chaitman has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Helen D. Chaitman, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Helen D. Chaitman at email address: hchaitman@becker-poliakoff.com.

WHEREFORE, Joseph G. Galardi moves this Court to enter an Order permitting Helen D. Chaitman to appear before this Court on behalf of Adele Fox for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Deborah Martinez, Esquire.

Dated: March 22, 2010.

Respectfully submitted,

_____
Joseph G. Galardi
Florida Bar No. 180572
galardi@beasleylaw.net
BEASLEY HAUSER KRAMER
LEONARD & GALARDI, PA
505 S. Flagler Dr, Suite 1500
West Palm Beach FL 33401
Telephone: (561) 835-0900
Facsimile: (561) 835-0939
*Attorneys for Plaintiff and the Class.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March 2010, the foregoing document is being served on the following counsel of record **via facsimile and mail:**

William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com
*Attorney for all Defendants*

_____
Joseph G. Galardi

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 10-80252-CV-Ryskamp/Vitunac

ADELE FOX, individually and
on behalf of a class of similarly situated,

    Plaintiffs,
v.

JEFFRY M. PICOWER ESTATE, through its
Executor, William D. Zabel;
BARBARA PICOWER, individually and as
Executor of the Jeffry M. Picower Estate,
Trustee for the Picower Foundation
and for the Trust f/b/o Gabriel H. Picower;
CAPITAL GROWTH COMPANY;
DECISIONS, INC.;
FAVORITE FUNDS;
JA PRIMARY LIMITED PARTNERSHIP;
JA SPECIAL LIMITED PARTNERSHIP;
JAB PARTNERSHIP;
JEMW PARTNERSHIP;
JF PARTNERSHIP;
JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP;
JMP LIMITED PARTNERSHIP;
JEFFRY M. PICOWER SPECIAL COMPANY;
JEFFRY M. PICOWER, P.C.;
THE PICOWER FOUNDATION;
THE PICOWER INSTITUTE OF MEDICAL RESEARCH;
THE TRUST F/B/O GABRIELLE H. PICOWER.
_____/

## CERTIFICATION OF HELEN D. CHAITMAN

    Helen D. Chaitman, pursuant to Rule 4B of the Special Rules Governing the Admission and

Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States

District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York and New Jersey State Bars and the U.S. District Court, Southern District of New York; U.S. District Court, Eastern District of New York; U.S. Court of Federal Claims; U.S. District Court, District of New Jersey; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Third Circuit; U.S. Court of Appeals, Eighth Circuit and the U.S. Supreme Court.

Verified by: _____
Helen Davis Chaitman

Dated: 3/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 10-80252-CV-Ryskamp/Vitunac

ADELE FOX, individually and
on behalf of a class of similarly situated,

    Plaintiffs,

v.

JEFFRY M. PICOWER ESTATE, through its
Executor, William D. Zabel;
BARBARA PICOWER, individually and as
Executor of the Jeffry M. Picower Estate,
Trustee for the Picower Foundation
and for the Trust f/b/o Gabriel H. Picower;
CAPITAL GROWTH COMPANY;
DECISIONS, INC.;
FAVORITE FUNDS;
JA PRIMARY LIMITED PARTNERSHIP;
JA SPECIAL LIMITED PARTNERSHIP;
JAB PARTNERSHIP;
JEMW PARTNERSHIP;
JF PARTNERSHIP;
JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP;
JMP LIMITED PARTNERSHIP;
JEFFRY M. PICOWER SPECIAL COMPANY;
JEFFRY M. PICOWER, P.C.;
THE PICOWER FOUNDATION;
THE PICOWER INSTITUTE OF MEDICAL RESEARCH;
THE TRUST F/B/O GABRIELLE H. PICOWER.
                                                              /

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE
OF HELEN D. CHAITMAN**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Helen

D. Chaitman and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules

Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Helen D. Chaitman in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Helen D. Chaitman is granted to appear and participate in this action on behalf of Adele Fox, individually and on behalf of a class of similarly situated,. The Clerk shall provide electronic notification of all electronic filings to Helen Davis Chaitman at hchaitman@becker-poliakoff.com.

DONE AND ORDERED this ____ day of March, 2010, in West Palm Beach, Palm Beach County, Florida.

                                              KENNETH L. RYSKAMP
                                              DISTRICT COURT JUDGE