UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80252-CIV-RYSKAMP/VITUNAC

ADELE FOX, individually and
on behalf of a class of similarly situated,

    Plaintiffs,

v.

JEFFERY M. PICOWER ESTATE, et al.,

    Defendants.
_____/

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

THIS CAUSE comes before the Court pursuant to Plaintiff's Emergency Motion for Temporary Restraining Order to enjoin the April 1, 2020 11:00 a.m. hearing in the Southern District of New York before United States Bankruptcy Judge Burton R. Lifland, filed April 1, 2010 **[DE 16]**.  It is hereby

ORDERED AND ADJUDGED that the motion is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 1st day of April, 2010.

                                               S/Kenneth L. Ryskamp
                                               KENNETH L. RYSKAMP
                                               UNITED STATES DISTRICT JUDGE