UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 10-80252-CV-Ryskamp/Vitunac

ADELE FOX, individually and
on behalf of a class of similarly situated,

     Plaintiffs,
v.

BARBARA PICOWER, individually and as
Executor of the Jeffry M. Picower, and as
Trustee for the Picower Foundation
and for the Trust f/b/o Gabriel H. Picower;
CAPITAL GROWTH COMPANY;
DECISIONS, INC.;
FAVORITE FUNDS;
JA PRIMARY LIMITED PARTNERSHIP;
JA SPECIAL LIMITED PARTNERSHIP;
JAB PARTNERSHIP;
JEMW PARTNERSHIP;
JF PARTNERSHIP;
JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP;
JMP LIMITED PARTNERSHIP;
JEFFRY M. PICOWER SPECIAL COMPANY;
JEFFRY M. PICOWER, P.C.;
THE PICOWER FOUNDATION;
THE PICOWER INSTITUTE OF MEDICAL RESEARCH;
THE TRUST F/B/O GABRIELLE H. PICOWER.
                                                      /

## NOTICE OF FILING ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER

     Plaintiff, Adele Fox, by and through her undersigned counsel, hereby files the attached Order to Show Cause with Temporary Restraining Order, issued on April 1, 2010 in *Picard v. Fox et al.*, Adv. Pro. No. 10-03114 (BRL) (U.S. Bankr. S.D.N.Y.).

     Dated this 5th day of April, 2010 by:

s/ Joseph G. Galardi
James W. Beasley, Jr.
Florida Bar No. 145750
Joseph G. Galardi
Florida Bar No. 180572
BEASLEY HAUSER KRAMER
LEONARD & GALARDI, P.A.
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
Telephone: (561) 835-0900
Facsimile: (561) 835-0939
galardi@beasleylaw.net

-and-

Lesley Blackner, Esquire
Florida Bar No. 654043
BLACKNER, STONE & ASSOCIATES
123 Australian Avenue
Palm Beach, FL 33480
(561) 659-5754
(561) 659-3184 (fax)
lblackner@aol.com
*Attorneys for Plaintiff and the Class*

Helen Davis Chaitman
New York Bar No. 1236678
BECKER & POLIAKOFF
45 Broadway 11th Floor
New York, NY 10006
(212) 599-3322
(212) 557-0295 (fax)
*Attorneys for Plaintiff and the Class*
*(Admitted by special appearance)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Joseph G. Galardi
Joseph G. Galardi

## SERVICE LIST

**Via Facsimile and Mail:**

William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com
*Attorney for all Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ADELE FOX, individually and to the extent she purports to represent a class of those similarly situated, and SUSANNE STONE MARSHALL, individually and to the extent she purports to represent a class of those similarly situated,<br><br>      Defendants. | Adv. Pro. No. 10-03114 (BRL) |

**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER**

  THIS MATTER having been brought to the Court's attention through the application ("Application") brought by Irving H. Picard, Esq., as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and

-2-

Bernard L. Madoff, individually, seeking relief pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Rule 7065 of the Federal Rules of Bankruptcy Procedure for a Temporary Restraining Order, Enforcement of the Automatic Stay and Preliminary Injunction, enjoining and restraining Defendants Adele Fox ("Fox") and Susanne Stone Marshall ("Marshall," and together with Fox, the "Florida Plaintiffs") and those acting in concert or participation with them, or on their behalf, and the other parties, from pursuing the actions titled *Fox v. Picower, et al.,* Case No. 10 CV 80252 (S.D. Fla.) and *Marshall v. Picower, et al.,* Case No. 10 CV 80254 (S.D. Fla.) (the "Florida Actions"), and commencing or proceeding with any other actions or proceedings against the defendants in the Florida Actions (the "Picower Defendants"); and

UPON REVIEW AND CONSIDERATION of the Memorandum of Law in Support of the Application, the supporting Affidavit of David J. Sheehan, sworn to on March 30, 2010, the complaint by the Trustee against the Florida Plaintiffs, dated March 30, 2010 (the "Complaint"), and all of the prior proceedings, pleadings and other submissions in this and related actions; and it appearing that the Trustee has: (1) demonstrated a likelihood of success on the merits or, at the very least, has presented serious questions on the merits to make them a fair ground for litigation and the balance of hardships tips decidedly in the movant's favor; and (2) demonstrated that serious irreparable harm will ensue unless a Temporary Restraining Order is granted;

Now, therefore, IT IS HEREBY:

ORDERED that the Florida Plaintiffs, their agents, servants, employees, attorneys, and all those who act in concert or participation with them, or on their behalf, and all parties having notice of this Order, are enjoined and restrained from any further prosecution of, or further action in connection with, the Florida Actions and are further enjoined and restrained from commencing

any action, in any forum, against any of the Picower Defendants, pending the hearing on and determination of the Application; and it is further

ORDERED that the Florida Plaintiffs show cause before this Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 on the __19th__ day of __April__, 2010, at __10:00 a__.m., as to why the Court should not (1) deem the Florida Actions as in violation of the automatic stay provisions of § 362 of the Bankruptcy Code and, thus, declare the Florida Actions to be void *ab initio*; and (2) issue a Preliminary Injunction, pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Bankruptcy Rule 7065, enjoining the Florida Plaintiffs and those acting in concert or participation with them, or on their behalf, and the other parties, from proceeding with their litigation in the Florida Actions, or commencing any action, in any forum, against any of the Picower Defendants, pending completion of the Trustee's settlement with the Picower Defendants and a final order and judgment regarding approval of that settlement; and it is further

[margin note: Per Rule 65, scheduling date for hearing at the request of the parties JFG]

ORDERED that the Trustee shall serve a copy of this Order to Show Cause with Temporary Restraining Order, the Memorandum of Law in Support of Trustee's Application, the Complaint, the supporting Affidavit of David J. Sheehan, Esq., and the Proposed Order Enforcing Automatic Stay and Enjoining Defendants on counsel for the Florida Plaintiffs by __3:00__ p.m. on __April 1__, 2010; and it is further

ORDERED that the Trustee shall also serve a copy of this Order to Show Cause with Temporary Restraining Order, the Memorandum of Law in Support of Trustee's Application, the Complaint, the Supporting Affidavit of David J. Sheehan, Esq., and the Proposed Order Enforcing Automatic Stay and Enjoining Defendants on or before __3:00 p__.m. on __April 2__,

-4-

2010 on the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Josephine Wang, Esq.; and it is further

ORDERED that all service hereunder shall be made via electronic mail, facsimile and/or hand delivery as well as the Court's Electronic Case Filing ("ECF") system.

Dated: New York, New York
     April 1, 2010
     at 11:05 a.m.

                                      /s/Burton R. Lifland
                                      HONORABLE BURTON R. LIFLAND
                                      UNITED STATES BANKRUPTCY JUDGE