UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80252-CIV-RYSKAMP/VITUNAC

ADELE FOX, individually
and on behalf of a class of similarly situated

    Plaintiffs,

v.

JEFFREY M. PICOWER ESTATE, et al.,

    Defendants.
_____/

## ORDER REQUESTING STATUS UPDATE

    THIS CAUSE comes before the Court *sua sponte*. No activity has occurred in this matter since April 1, 2010, when the Court denied Plaintiff's Emergency Motion for Temporary Restraining Order. On April 1, 2010, United States Bankruptcy Judge Burton R. Lifland issued an Order to Show Cause With Temporary Restraining Order in Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 (BRL), enjoining Plaintiffs from pursuing this action and ordering Plaintiffs to show cause at an April 19, 2010 hearing why the Bankruptcy Court should not deem this action in violation of the automatic stay provisions of § 362 and why the Bankruptcy Court should not enjoin Plaintiffs from proceeding with this action.  On May 3, 2010, the Bankruptcy Court ruled that this action is subject to the automatic stay and that Fox be temporarily enjoined from pursuing this action.  Fox appealed this order on May 12, 2010.

2

The Court is evaluating whether to close this matter for administrative purposes and requests that Plaintiffs inform it within three days of the status of the bankruptcy appeal.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 14th day of March, 2011.

S/Kenneth L. Ryskamp  
KENNETH L. RYSKAMP  
UNITED STATES DISTRICT JUDGE