UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 10-80252-CV-RYSKAMP/VITUNAC

ADELE FOX, individually and
on behalf of a class of similarly situated,

     Plaintiffs,
v.

JEFFREY M. PICOWER ESTATE, et al.,

     Defendants.
_____/

## PLAINTIFF'S STATUS UPDATE

Plaintiff, Adele Fox ("Fox"), through her undersigned counsel, provides the following status update in response to the Court's March 15, 2011, Order Requesting Status Update [D.E. 24].

### The Appeal of the First Bankruptcy Court Order

1. As the Court is aware, on April 1, 2010, United States Bankruptcy Judge Burton R. Lifland of the Southern District of New York (the "Bankruptcy Court") issued an Order to Show Cause With Temporary Restraining Order in *Irving H. Picard v. Adele Fox, et al.* Adv. Pro. No. 10-03114 (BRL) (the "Order to Show Cause"), which is an adversary proceeding filed by the Trustee against Fox in the main liquidation case *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities, LLC*, Adv. Pro. No. 08-01789 (BRL).

2. On May 3, 2010, the Bankruptcy Court entered an Order granting the Trustee's Application, ruling that the Fox Class Action was subject to the automatic stay, and that Fox be temporarily enjoined from pursuing her action in this Court (the "Bankruptcy Court Order").

3. On May 12, 2010, Fox appealed the Bankruptcy Court Order.  Fox seeks a ruling

from the District Court for the Southern District of New York reversing and vacating the Bankruptcy Court Order in its entirety on the ground that, *inter alia*, the claims asserted by Fox in the action pending in this Court are not property of the debtor estate and that the Bankruptcy Court, therefore, lacked jurisdiction to enjoin Fox from pursing her claims against the Picower Defendants.

4. Fox's appeal is pending in the District Court for the Southern District of New York, Case No. 10-cv-04652 (JGK). The appeal has been fully briefed. Fox has requested oral argument, and the parties are awaiting the court's decision.

## The Appeal of the Second Bankruptcy Court Order

5. On December 17, 2010, the Trustee filed a motion in the Bankruptcy Court for approval of his proposed settlement with the Picower Defendants. *See Picard v. Picower Defendants*, Adv. Proc. No. 09-1197 (BRL) (the "Settlement Motion").

6. On January 13, 2011, the Bankruptcy Court entered an order granting the Trustee's Settlement Motion (the "Bankruptcy Settlement Order"). It is Fox's opinion that the Bankruptcy Settlement Order purports to permanently enjoin Fox from asserting her independent claims against the Picower Defendants in this Court.

7. On February 25, 2011, Fox appealed the Bankruptcy Settlement Order on the ground that, *inter alia*, the claims asserted by Fox in this action are not property of the debtor estate and cannot be permanently enjoined by the Bankruptcy Court. Fox's second appeal is pending in the Southern District of New York, Case No. 11-01328 (JGK), and has been assigned the Honorable John G. Koeltl, who is also hearing Fox's first appeal. Fox's initial brief is currently due on April 15, 2011, and briefing is currently scheduled to close by no later than June 10, 2011.

WHEREFORE, in light of the subject matter of the pending appeals, Fox respectfully requests that this case remain open until all appeals from the Bankruptcy Court's Order are finally resolved.

DATED this 17th day of March, 2011.

                                        Respectfully submitted,

                                      s/ Joseph G. Galardi
                                      James W. Beasley, Jr.
                                      Florida Bar No. 145750
                                      Joseph G. Galardi
                                      Florida Bar No. 180572
                                      BEASLEY HAUSER
                                      KRAMER & GALARDI, P.A.
                                      505 South Flagler Drive, Suite 1500
                                      West Palm Beach, Florida 33401
                                      Telephone: (561) 835-0900
                                      Facsimile: (561) 835-0939
                                      galardi@beasleylaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/ Joseph G. Galardi
                                           Joseph G. Galardi

## SERVICE LIST

**Via Facsimile and Mail:**
William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com
*Attorney for all Defendants*


F:\docs\71750.002 Picower\Pleadings\Fox\Status Update Two 3-16-11 (Fox).doc