UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.:10-80252-CV-KLR

SUZANNE STONE MARSHALL, ADELE FOX,
MARSHA PESHKIN, and RUSSELL OASIS,
individually and on behalf of a class of similarly situated
Plaintiffs,

vs.

CAPITAL GROWTH COMPANY;
DECISIONS, INC.;
FAVORITE FUNDS;
JA PRIMARY LIMITED PARTNERSHIP;
JA SPECIAL LIMITED PARTNERSHIP;
JAB PARTNERSHIP;
JEMW PARTNERSHIP;
JF PARTNERSHIP;
JFM INVESTMENT COMPANIES;
JLN PARTNERSHIP;
JMP LIMITED PARTNERSHIP;
JEFFRY M. PICOWER SPECIAL COMPANY;
JEFFRY M. PICOWER, P.C.;
THE PICOWER FOUNDATION;
THE PICOWER INSTITUTE OF MEDICAL
RESEARCH;
THE TRUST F/B/O GABRIELLE H. PICOWER;
BARBARA PICOWER, individually, and as Executor of
the Estate of Jeffry M. Picower, and as Trustee for the
Picower Foundation and for the Trust f/b/o Gabriel H.
Picower.
                                                                    /

**RESPONSE TO MOTION FOR LIMITED RELIEF FROM STAY**

Becker & Poliakoff LLP and Becker & Poliakoff P.A., as counsel for Plaintiffs, hereby respond to the Motion for Limited Relief from Stay (DE 39) and respectfully request that this Court lift the stay entered by the Court's Order (DE 37) to allow counsel to respond to the Motion to Disqualify (DE 32) and to confirm that the deadline to respond is March 10, 2014.

On February 5, 2014 Plaintiffs, by the undersigned counsel, filed a motion to reopen proceedings herein and to file a second amended complaint in accordance with the mandate of the United States Court of Appeals for the Second Circuit in *In Re: Bernard L. Madoff Investment Securities LLC*, Case No. 12-1645, Document 164-1 at 23 (2d Cir. 2014).

Thereafter, on February 24, 2014, this Court entered a temporary stay of all proceedings (DE 37) while it entertains an earlier filed Motion to Stay by defendants (DE 29) and ordered the undersigned counsel to file an expedited response regarding the proposed stay, which counsel complied with on February 24, 2014 (DE 38). Counsel did so without addressing the Motion to Disqualify because we were obeying the Order of this Court, and the Motion to Disqualify was not implicated by the Court's Order.

The Motion to Disqualify is meritless and will be addressed at length by March 10, 2014 or any other date as the Court may direct.

DATED this 25th day of February, 2014.

                Respectfully submitted,

                **BECKER & POLIAKOFF, P.A.**

                */s/ Allen M. Levine*_____
                    Florida Bar No. 315419
                    Becker and Poliakoff, P.A.
                    1 East Broward Blvd., Suite 1800
                    Ft. Lauderdale, FL 33301
                    Telephone: (954) 987-7550
                    Facsimile: (954) 985-4176
                    ALevine@bplegal.com

                and

**BECKER & POLIAKOFF LLP**

By: */s/ Helen Davis Chaitman*
45 Broadway
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
Email: hchaitman@bplegal.com
Email: jgorchkova@bplegal.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Allen M. Levine*_____
Allen M. Levine

## SERVICE LIST

Sanford L. Bohrer
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Sandy.Bohrer@hklaw.com

William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com

3

Lesley Guy Blackner
Blackner Stone & Associates
340 Royal Poinciana Way
St 317-377
Palm Beach, FL 33480
Phone: 561-659-5754
Fax: 561-659-3184
Email: LBlackner@aol.com

Andrew Steven Kwan & Joseph George Galardi
505 South Flagler Drive
Ste. 1500
West Palm Beach, FL 33401
Phone: 561-835-0900
Fax: 561-835-0939
Email: kwan@beasleylaw.net
Email: Galardi@beasleylaw.net